IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LAWRENCE WALTON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
|    v. | )     2:05cv297-T |
| | )         (WO) |
| JOHN M. JOHNSTON, et al., | ) |
| | ) |
|    Defendants. | ) |

JUDGMENT

Counsel for defendants having orally informed the court that they have no objection, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (doc. no. 16) is granted and that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

It is further ORDERED that all other motions are denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 20th day of March, 2006.**

                                          <u>/s/ Myron H. Thompson</u>
                                          **UNITED STATES DISTRICT JUDGE**